# IN THE UNITED STATED DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS,
## ABILENE DIVISION

|  |  |
|---|---|
| ASSURE RE INTERMEDIARIES, INC., (F/K/A ASSURE MANAGEMENT GROUP, INC.) | |
| *Plaintiff,* | Civil Action No. 20-cv-189-H |
| v. | M.D.N.C. Misc. Action No. 1:21mc25 |
| WESTERN SURPLUS LINES AGENCY, INC., | |
| *Defendant.* | |

## [PROPOSED] ORDER

This matter coming to be heard as a miscellaneous action on Plaintiff Assure Re Intermediaries, Inc.'s ("Assure Re") Motion to Compel third-parties C. Wayne Pyrtle ("Pyrtle") and Guy Carpenter & Company, LLC ("Guy Carpenter") to respond to Assure Re's document subpoenas served on same; and the undersigned, having considered the Motion, Assure Re's arguments therein, and Pyrtle and Guy Carpenter's response, is now prepared to rule.

It is hereby ORDERED that Plaintiff's Motion to Compel is GRANTED. Third-parties Pyrtle and Guy Carpenter shall immediately produce the documents requested by Assure Re, as narrowed and detailed in Assure Re's Motion and Brief in support. Specifically, the Court ORDERS Pyrtle to produce:

- Any agreement Pyrtle had with Western Surplus at any time (modified from Requests 1, 2, and 5).

- Any document that reflects the terms of any agreement Pyrtle had with Western Surplus (modified from Requests 1, 2, and 5).

- **Request 1**: All documents you sent to or received from Western Surplus during the period June 1, 2018, to June 30, 2019.

- **Request 2**: All documents concerning and/or relating to Western Surplus during the period June 1, 2018, to June 30, 2019.

- **Request 3**: All documents reflecting the existence of, or any content of, any oral communication between you and Western Surplus during the period June 1, 2018, to June 30, 2019.

- **Request 4**: All documents reflecting the existence of, or any content of, any oral communication between you and Western Surplus during the period during the period June 1, 2018, to June 30, 2019.

- **Request 6**: All documents reflecting any commission or other compensation paid to Assure Re by Western Surplus during the period June 1, 2018, to June 30, 2019.

- **Request 7**: All documents reflecting any efforts by you to secure Hudson as an insurer for Western Surplus during the time you were affiliated with BMS Intermediaries, Inc. or Assure Re.

- **Request 8**: All documents you sent to or received from Matt Beard concerning, referencing, and/or relating to Western Surplus during the period June 1, 2018, to June 30, 2019.

- **Request 9**: All documents you sent to or received from anyone at Guy Carpenter concerning, referencing, and/or relating to Western Surplus during the period June 1, 2018, to June 30, 2019.

- **Request 14**: All documents evidencing any decision, or the reasons for such decision, by Western Surplus to cease making any payments to Assure Re at any point from June 1, 2019 to the present.

- **Request 15**: All documents you sent to or received from Western Surplus during the period June 1, 2018, to June 30, 2019, that reference Assure Re.

- **Request 16**: All documents you sent to or received from Hudson during the period June 1, 2018, to June 30, 2019, concerning, referencing and/or relating to Western Surplus.

2

- **Request 17**: All documents you sent to or received from Matt Beard during the period June 1, 2018, to June 30, 2019, that concern, reference and/or relate to any relationship between Western Surplus and Assure Re.

- **Request 19**: Any communications, or any documents during the period June 1, 2018, to June 30, 2019, reflecting any content of such communications, between you and Western Surplus regarding your leaving Assure Re.

- **Request 20**: Any communications, or any documents reflecting any content of any such communications, between you and anyone from Guy Carpenter (including Matt Beard) regarding Western Surplus or anyone at Western Surplus (including but not limited to Frank Peck) during the period June 1, 2018, to June 30, 2019.

- **Request 21**: Any communications, or any documents during the period June 1, 2018, to June 30, 2019, reflecting any content of such communications, between you and Frank Peck or Matt Beard regarding changing Western Surplus's brokerage representation from Assure Re to Guy Carpenter.

- **Request 22**: All documents reflecting, mentioning, or relating to any meetings between you and Western Surplus during the period June 1, 2018, to June 30, 2019.

- **Request 23**: All documents reflecting information exchanged, considered, or discussed at any meeting between you and Western Surplus during the period June 1, 2018, to June 30, 2019.

The Court ORDERS Guy Carpenter to produce:

- **Request 2**: All documents reflecting the existence of, or any content of, any oral communication between you and Western Surplus during the period June 1, 2018, to June 30, 2019.

- **Request 4**: All documents reflecting any commission or other compensation paid to Assure Re by Western Surplus during the period June 1, 2018, to June 30, 2019.

- **Request 5**: All documents concerning, referencing and/or relating to Western Surplus during the period June 1, 2018, to June 30, 2019, excluding documents sent to or received from Western Surplus.

- **Request 6**: All documents you sent to or received from Wayne Pyrtle concerning, mentioning and/or relating to Western Surplus during the period June 1, 2018, to June 30, 2019.

3

- **Request 13**: All documents during the period June 1, 2018, to June 30, 2019 evidencing any decision, or the reasons for such decision, by Western Surplus to cease making any payments to Assure Re.

- **Request 14**: All documents you sent to or received from Hudson concerning Western Surplus during the period June 1, 2018, to June 30, 2019.

- **Request 15**: All documents you sent to or received from Hudson concerning Assure Re during the period June 1, 2018, to June 30, 2019.

- **Request 16**: All documents that reference any relationship between Western Surplus and Assure Re during the period June 1, 2018, to June 30, 2019.

- **Request 18**: Any any documents reflecting any content of communications between you and Western Surplus regarding Wayne Pyrtle leaving Assure Re to join Guy Carpenter.

- **Request 19**: Any documents reflecting any content of communications between you and Western Surplus regarding changing Western Surplus's brokerage representation from Assure Re to Guy Carpenter.

- **Request 20**: All documents reflecting, mentioning, or relating to any meetings between you and Western Surplus or Hudson during the period June 1, 2018, to June 30, 2019.

This the _____ day of August, 2021.

_____
United States District Court Judge

4